FILED

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

2018 MAY 31  PM 2:23

# UNITED STATES DISTRICT COURT

DISTRICT COURT
DISTRICT OF FLORIDA
ORLANDO. FLORIDA

for the

Middle District of Florida

Orlando Division

| | |
|---|---|
| Karen Margaret Copeland<br>_Plaintiff(s)_<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br><br>-v-<br><br>Waterford Pointe Apartments<br>c/o James I. Barron III et al<br><br>_Defendant(s)_<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | Case No.  6:18-CV 844-ORL-18 DCI<br>_(to be filled in by the Clerk's Office)_<br><br>Jury Trial: _(check one)_ ☑ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        Karen Margaret Copeland
Address      13001 waterford Wood Circle Apt 207
             Orlando      Florida 32828
             _City_              _State_          _Zip Code_
County       Orange County, Orlando
Telephone Number   407-286-9406
E-Mail Address      simpleminds1920@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name        Alex Torres
Job or Title (if known)   Assistant Leasing Manager
Address      12900 Waterford Wood Circle
             Orlando      Florida    32828
             _City_              _State_          _Zip Code_
County       Orange County, Orlando
Telephone Number   407-306-0064
E-Mail Address (if known)   Unknown
[✓] Individual capacity   [ ] Official capacity

Defendant No. 2

Name        Crystal Gonzalez
Job or Title (if known)   Leasing Manager
Address      12900 Waterford Wood Circle
             Orlando      Florida   32828
             _City_              _State_          _Zip Code_
County       Orange County, Orlando
Telephone Number   407-306-0064
E-Mail Address (if known)   Unknown
[✓] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name _U.S. Department Of Justice_

Job or Title *(if known)* _Office Of Inspector General_

Address _1425 New York Avenue, N.W., Suite Investigation 7100_

_Washington_ D.C. _20530_
City            State      Zip Code

County _Unknown (letter does not provide)_

Telephone Number _Unknown (letter does not provide)_

E-Mail Address *(if known)* _Unknown (letter does not provide)_

☐ Individual capacity   ☑ Official capacity

Defendant No. 4

Name _U.S. Department Of Justice_

Job or Title *(if known)* _Civil Rights Division-Assistant Attorney General_

Address _950 Pennsylvania Ave N.W._

_Washington_ D.C. _20530_
City            State      Zip Code

County _Unknown (letter does not provide)_

Telephone Number _Unknown (letter does not provide)_

E-Mail Address *(if known)* _Unknown (letter does not provide)_

☐ Individual capacity   ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

① The continual Denial of Legal Representation,
② Civil Right Violations (Federal), as an illegal and eviction,
③ County Court of the Ninth Judicial Circuit-Federal state Violations under Rule 4.02, as described to DOJ to have done.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

① DOJ Misconduct, as to Civil Right Violations to not provide conduct on professional requests stated through the "FBI Tip Line" reporting, as to no Civil Rights Remedied by allowing myself Counsel, denial of services under the Fair Housing Complaint Process, other by misconduct by employees and contractors of DOJ, as to reported waste, fraud and abuse (illegal favor) → OVER →

Page 3 of 6

affecting Department of Justice programs and operations.

② Lack of to NO Communication on a continual basis per all the FBI Tip Reports by continual mail by USPS, nor by telephone, nor by any counsel to represent, Karen Margaret Copeland, as therefore being a continual Civil Rights violation, a Fair Housing Federal Violation, as to the illegal eviction by the County Court in and for Orange County, Florida, as to a recommendation and request that all decisions by any outstanding cases be removed under Rule 4.02.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

**D.**     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

① With regard to DOJ, FBI, as to professional misconduct,
② With regard to local law enforcement involvement as to professional misconduct as allowed by the Department of Justice letters dated February 6, 2018
③ As to Orange County Sheriff's office and March 21, 2018

**III.   Statement of Claim** allowed to "abuse of power" per the DOJ and FBI, as letters confirm and imply.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.**     Where did the events giving rise to your claim(s) occur?

① Permanently Banned from a club named Independant Bar at 70 North Orange Ave, Orlando, Florida 32801 due to an employee involved named Mickey Gannett, as well as John Gardner, the owner of the night club, as ADA violations per federal regulations need to be complied with or high monetary of damages to be paid out

**B.**     What date and approximate time did the events giving rise to your claim(s) occur?

May 30, 2018 a 24 Hour Eviction as restitution Notice, April 25, 2018 at 2:25pm → over → Illegal Eviction Paper work with County Clerk,

**C.**     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Disturbing The Peace, Gun Shots on Waterford Pointe Apartment Property in back of apartment complex onto woodbury church property on Woodbury Road in Orlando, Fl 32828

Ninth Circuit Martha Adams, County Judge as I was not present for the hearing.

Other facts have been reported under DOJ 205-17M-0 in regard to Mickey Gannett's actions, harrassment, torture upon Justin Everett Foyil.

Page 4 of 6

A) ② Thorton Park Grafitti Junktion to an off duty bartender (video as evidence) on December 15, 2017 for the verbal assault with Jessica, manager on duty that just walked away from the off duty employee (identified by viewing the video), as this

is professional negligence, as poor customer service due to the employees having knowledge of the situation involving Justin Everett Foyil. I became the "victim of the circumstances" even though I was a regular customer and realized that the employees were allowed to mistreat myself by providing poor customer service, providing an unsafe environment due to the employees having previous knowledge of what Justin Everett Foyil is involved with and that I reported to the FBI Tip Line - Report A Crime that Adam Jansen spoke of Justin being outside with Mickey Gannett and that Adam spoke to going and getting Justin, then spoke of "why should I". Seeking punitive damages, suspension of liquor license based upon the verbal assault, altercation that was and is on video and with witnesses on the day as Jessica and Bailey Porter, as well as the camera would show others

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

All have inflicted my Depression along with symptoms of low self - esteem, low confidence, the "abuse of power" and "misconduct" from the Department of Justice allowing the local law enforcement to just provide "professional misconduct" as the DOJ letters state has provided a "defensive" reaction due to the fact I still reside in the same location as where the situation is happening on Waterford Pointe Apartments at 12900 Waterford Wood Circle, orlando, Fl 32828. has provided no genuine social friendships by myself being implied a lesbian by Sean McCabe as this has affected social interaction and that I had been deceived by being befriended, as a result provides a mistrust, as all are talk-therapy can be resolved by moving out of the waterford lakes area and not having a good faith impression of orange County Sheriff's office for there Civil Rights Violations

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① Money Damages

② To be relocated to an area or another State with no acknowledgment of the situation between Justin Everett Foyil and Mickey Gannett.

③ To be provided legal counsel to complete resolve all Civil Right violations that have been reported to the FBI, DOJ tip line

④ To allow to reside at waterford Pointe Apts without eviction proceedings until the case by this federal Court is final

⑤ To be allowed to be informed of decisions that affect my voucher, the H.O.M.E. voucher that was illegally terminated on May 30, 2018 as it is a specific voucher for disabled and elderly To use my voucher to be granted out of county relocation

as retaliatory in nature due to Justin being friends with Deputy Derrick Smith Francisco

Page 5 of 6

(6) To be granted money restitution, money restitution of $967.00 from the hospital visit from the ~~verbal~~ verbal altercation by an off duty bartender that is on video at Grafitti Junktion in Thornton Park.

(7) An apology!!

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   May 31, 2018

Signature of Plaintiff     _Karen Margaret Copeland_

Printed Name of Plaintiff   _Karen Margaret Copeland_

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney   _____

Bar Number         _____

Name of Law Firm     _____

Address           _____

|  | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

Telephone Number     _____

E-mail Address       _____

Defendant No. 5

Name: Mickey Gannett
Job or Title: Employee at Independant Bar
Address: 70 North Orange Avenue
Orlando, Fl 32801

County: Orange County, Orlando
Telephone: unknown at this time, but one
does exist

Email: unknown of personal email, but business
email: www.independantbar.com and
has ~~been~~ been reported to the DOJ,
FBI Tip Line.

☑ Individual Capacity

Defendant No. 6    ☑ Individual Capacity

Name: John Gardner
Job or Title: Owner of Independant Bar
Address: 70 North Orange Ave
Orlando, Fl 32801
County: Orange County, Orlando
Telephone: unknown, but one does exist
Email: unknown to personal, but company
email is: www.independantbar.com